# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DIANNE M. HOWE                                  Case Number: 05-74946
        5103 LIMESTONE DRIVE           SSN-xxx-xx-0590
        LOVES PARK, IL  61111

                                                Case filed on:      9/20/2005
                                                Plan Confirmed on: 11/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $7,160.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | DIANNE M. HOWE | 0.00 | 0.00 | 254.48 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 254.48 | 0.00 |
|  |  |  |  |  |  |
| 001 | CITIZENS FINANCE | 3,500.00 | 3,500.00 | 3,500.00 | 603.25 |
| 002 | WINNEBAGO COUNTY TREASURER | 936.00 | 705.11 | 705.11 | 250.91 |
|  | Total Secured | 4,436.00 | 4,205.11 | 4,205.11 | 854.16 |
|  |  |  |  |  |  |
| 001 | CITIZENS FINANCE | 639.79 | 0.00 | 0.00 | 0.00 |
| 003 | AFFORDABLE CASH ADVANCE | 213.71 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERIPATH MILWAUKEE, S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOCIATED COLLECTORS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATTORNEY EUGENE PIGATTI | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CASH BOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CASH LOAN STORE | 760.47 | 0.00 | 0.00 | 0.00 |
| 011 | CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COVENANT MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LAW OFFICES OF SMITH & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MERCY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,026.28 | 0.00 | 0.00 | 0.00 |
| 019 | NORTHERN PROSTHETICS ORTHO | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SECURITY FINANCE | 472.08 | 0.00 | 0.00 | 0.00 |
| 021 | SORG'S QUALITY MEATS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MIDLAND CREDIT MANAGEMENT INC | 303.89 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,416.22 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 9,216.22 | 5,569.11 | 5,823.59 | 854.16 |

Total Paid Claimant:      $6,677.75
Trustee Allowance:        $482.25          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                     /s/ Lydia S. Meyer
                                                   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008              By  /s/Heather M. Fagan